IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DARRYL K. BARNES | : | NO. 05-134 |

## ORDER

**AND NOW**, this 20th day of July, 2009, upon consideration of Defendant's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 134), and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion is **DENIED**.

2. Because Defendant has failed to make a substantial showing of the denial of a constitutional right, we decline to issue a certificate of appealability under 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.